IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GENEVIEVE SMITH | § | |
| v. | § | CIVIL ACTION NO. 6:13CV146 |
| DEPARTMENT OF AGING AND DISABILITY | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #6) recommends that the complaint be dismissed without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). An acknowledgment of receipt card reveals that Plaintiff received the Report and Recommendation on April 4, 2013. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 1st day of May, 2013.**



    LEONARD DAVIS
    **UNITED STATES DISTRICT JUDGE**